JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELEAZAR ACOSTA HURTADO,<br><br>      Petitioner,<br><br>  v.<br><br>NEIL MCDOWELL, Warden,<br><br>      Respondent. | Case No. 8:22-cv-00058-JLS (SK)<br><br>**JUDGMENT** |

  Pursuant to the Order Accepting Report and Recommendation to Deny Habeas Petition, **IT IS ADJUDGED** that the petition for writ of habeas corpus under 28 U.S.C. § 2254 is denied and that this action is dismissed with prejudice.

DATED: May 2, 2024

                 JOSEPHINE L. STATON
                 United States District Judge